JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
NASH, TONI

## DEFENDANTS
City of Cincinnati, Danita Pettis, Teresa Theetge

**(b)** County of Residence of First Listed Plaintiff: **Hamilton**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Franklin**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gottesman & Assoc. LLC, 9200 Montgomery Rd. Bldg. E, Suite 18B Cincinnati, Oh 45202, 513-651-2121

Attorneys *(If Known)*
City Solicitor, Emily Smart Woerner 801 Plum St. #214, Cincinnati, OH 45202

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC § 2000e, 42 USC § 1983, 42 USC § 1985, 42 USC § 1986

Brief description of cause:
Unlawful, discriminatory, retaliatory actions based on race; retaliation against protected activity

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: Oct. 16, 2024
SIGNATURE OF ATTORNEY OF RECORD: s/Jennifer L. Knight

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE