

city of
# CINCINNATI

Interdepartmental Correspondence Sheet



EXHIBIT
F

Date: **May 16, 2023**

To: **Colonel Teresa A. Theetge, Police Chief**

From: **Lieutenant Christopher J. Seta, District Two**

Copies to:

Subject: **District Two Investigative Unit Openings**

---

District Two Investigative Unit was recently authorized to post openings for the position of District Investigator due to recent retirements from within the unit. The openings were announced within the Staff Notes as an assignment availability on April 21, 2023. The application phase concluded on May 1, 2023, with five total applicants. Sergeant Jeff Howell and I reviewed the applicant's form 77S and conducted individual interviews. The results are listed below:

1. **Anthony Peters 18709**- Officer Peters stands out amongst those interviewed due to his wealth of previous investigative and analytical training and on-the-job experience. Officer Peters has been detailed to District Two's investigative unit since late May of 2022. He has shown the ability to fulfill the duties of a district investigator and is regularly tasked with additional work products when unit needs arise.
2. **Derrick Edwards 20848**-Officer Edwards offered an excellent interview. Officer Edwards' knowledge, skills and experience place him near the top of the selection pool. Officer Edwards has spent a great deal of his career working in and around the Walnut Hills area. This fundamental understanding of the community will be a great asset to district two's investigative unit as the department transitions in the coming months. Officer Edwards provided examples of work product that further demonstrate his readiness.
3. **Matthew Shideler 35803**- Officer Shideler offered an excellent interview. Despite limited time on as a Cincinnati Police Officer (3 years) Officer Shideler was able to provide examples of work product to include search warrants that he has authored with his previous agency. Officer Shideler appears to be a self-starter and would be an asset to any investigative unit.
4. **Elizabeth McNay 30640**-Officer McNay provided a good interview. Officer McNay provided a separate resume which listed out the introductory training that would lend its way into an investigative unit assignment. Officer McNay did not mention knowledge authoring any search warrants.
5. **Toni Nash 22450**-Officer Nash provided a good interview. Officer Nash did bring work product but did not offer it for review. Officer Nash stated the majority of her work

product she was unable to attain due to the sensitive nature of personal crimes investigations where she was assigned from 2016-2017 per her 77S.

Officer Peters transitioning from a detailed role to a permanently assigned role will fulfill district two's current investigative unit compliment.

I would respectfully request an additional two investigators in anticipation of adding Walnut Hills in the near future. Walnut Hills will increase district two's investigative units case load by over 30% on average. This will allow ample time for any necessary training and familiarity with the unit and its SOP's. The selection(s) would preferably be made in the order they are listed above.

CJS/L968

CAPT. N_____ R_____ CPD
5·16·23

RECOMMEND APPROVAL

Chief,
Recommend approval of Officer Peters at this time
Respectfully ___/LTC 4
5/17/23

In order to introduce diversity into D2 Inv. Unit, P.O. Edwards to be transferred to D2 Inv Unit. Other selections to be considered once redistricting plan is implemented.
TAT

-Captain Pettis - with this transfer of P.O. Edwards to D2 from D4; a D2 officer will need to be identified for transfer to D2.
—mw6/LTC 4
5/19/23
To Personnel