EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 473-2023-02054 |

**Ohio Civil Rights Commission** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Anthony Peters | (513) 651-2132 | Redacted for Privacy |

| Street Address | City, State and ZIP Code |
|---|---|
| c/o Gottesman & Associates, 404 E 12 Street, 1st Floor, Cincinnati, Ohio 45202 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| City of Cincinnati | 500+ | (513) 352-3250 |

| Street Address | City, State and ZIP Code |
|---|---|
| 801 Plum Street, Cincinnati, Ohio 45202 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE ☒ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 5/16/2023  Latest: to present
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am a white, male resident of Ohio. I have been a sworn police officer with the Cincinnati, Ohio, police department, since March, 2004. My current rank is patrol officer. At all dates and times I have exceeded my employer's legitimate performance expectations.

I hold a bachelor's degree from the University of Cincinnati in Criminal Justice, and a Masters of Applied Intelligence from Georgetown University. I have also had various assignments and details over the years, that includes federal task forces, that uniquely qualify me for an investigative position.

In or about April 1, 2023, the Cincinnati Police Department staff notes (how job openings are posted internally) indicated that there was an opening for a permanent spot in District Two's investigative unit. I applied for the position, was interviewed and otherwise evaluated, and was placed first on the list of qualified and interested candidates.

In light of the foregoing, in or about May, 2022, I was detailed from Patrol to Cincinnati Police's District Two investigative unit. The investigative unit is a preferred assignment, resulting in a significant increase in pay in the form of overtime and on-call pay. Since being detailed to the unit, I have received some of the most difficult and challenging investigations, because supervision recognized my ability to deliver results.

On or about May 16, 2022, our District Two Commander, Captain Danita Pettis, recommended that I be assigned the full time spot in the investigative unit. She did so for the same reason that she and district leadership had been assigning me the most difficult investigations: because she recognized that I was best qualified for the position, and to fulfill the role. On or about May 17, 2023, Lt. Colonel Michael John, one of the Assistant Chiefs of Cincinnati Police, recommended my approval for a full time (non detailed) assignment to the investigative unit.

US EEOC
Cincinnatti Area Office
Received 07/25/2023

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

7/24/23 — x [signature] *Charging Party Signature*

NOTARY – When necessary for State or Local Agency Requirements

[signature]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
x

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
7/24/23

ZACHARY GOTTESMAN, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03

[Notary Public Seal – State of Ohio]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Ohio Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Thereafter, Cincinnati Police Chief Theresa Theetge denied the promotion/assignment to me to the investigative unit. In her own words, she wrote that the reason for this decision was: "In order to introduce diversity into D2 Inv. Unit, P.O. Edwards to be transferred to D2 Inv. Unit." P.O. Edwards is a black male officer, who was ranked below me on the list of qualified and interested applicants, who was not selected for legitimate and non-discriminatory reasons.

Said another way, P.O. Edwards was given the position, solely because he is black, and solely because I am white. Had I been black, or a woman, I would have received the position. I voiced my disagreement with this to district leadership, and noted that it was discrimination.

I thereafter consulted with an attorney, with an eye towards filing the foregoing EEOC charges. Word of this also got back to City leadership, and the Chief of Police. In mid to late July, 2023, as a consequence of having met and conferred with an eye towards submitting an EEOC charge, I was returned to a patrol assignment, with the detailed assignment to investigation rescinded, causing me pecuniary harm and the loss of tangible employment benefits, solely on account of my sex and race, and in retaliation for the foregoing protected activities. I request all available relief, including compensatory damages, punitive damages, injunctive relief, attorney fees, and any other relief that may be available.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

7/24/23
Date — Charging Party Signature

NOTARY – *When necessary for State or Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*
7/24/23

ZACHARY GOTTESMAN, (Notary)
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03